IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD E. WRIGHT, | : | |
| Petitioner, | : | Case No. 2:09-cv-477 |
| v. | : | Judge Holschuh |
| PHIL KERNS, Warden, Southern Ohio Correctional Facility, | : | Magistrate Judge King |
| Respondent. | : | |
| | : | |

## ORDER

On December 1, 2009, Magistrate Judge King issued a Report and Recommendation recommending that this action be dismissed. The parties were notified of their right to file objections within ten days and of the consequences of their failure to do so. No objections to the Report and Recommendation have been filed. The Court therefore **ADOPTS** the December 1, 2009 Report and Recommendation (Doc. 6) and **DISMISSES** this case.

**IT IS SO ORDERED.**

Date: 12-29-09

John D. Holschuh, Judge
United States District Court